UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

RICK M. LYONS                                                  CASE NO. 11-51322
RACHEL S. LYONS

DEBTORS

## ORDER

This matter is before the Court on the Debtors' Motion to Avoid Judgment Lien of FIA Card Services, N.A. [ECF No. 40]. The Debtors seeks to avoid a judicial lien that attaches to real property as impairing their exemption under 11 U.S.C. § 522(f). The relief requested cannot be granted because:

- The Motion is not properly served pursuant to Federal Rule of Bankruptcy Procedure 4003(d) and 7004(h); and

- The proposed Order does not satisfy the requirements of KYEB LBR 4003-2(a) and Local Form 4003-2(a). The Debtor should submit only one motion with one proposed order for each property at issue addressing all liens on that property. The proposed order should first list the liens in highest priority to lowest priority. The proposed order should then include separate calculations for each judicial lien and should consider whether prior liens have already been avoided. The Debtor's counsel is encouraged to review the Lien Avoidance Practice Aids at http://www.kyeb.uscourts.gov/chapter-13-form-plan-and-lien-avoidance-practice-aids for guidance.

Based on the foregoing, it is ORDERED the Debtors' Motion is DENIED without prejudice.

1

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, September 4, 2019**
(grs)