# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 11-51322 |
| RICK M. LYONS } | |
| RACHEL S. LYONS } | |
| } | Chapter 7 |
| } | |
| **Debtor(s)** } | |

## ORDER AVOIDING LIEN OF FIA CARD SERVICES, NA

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for the Eastern District of Kentucky, pursuant to the motion of the debtor(s) to avoid the lien of **FIA CARD SERVICES, NA** ; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this motion; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtor(s) in their motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor(s) have established good and sufficient cause to grant said relief;

IT FURTHER APPEARING to the undersigned that the debtors Motion to Avoid Liens pursuant to §522(f)(1)(A).   the Debtor represents that the following judicial Liens impair an exemption wo which the debtor would have been entitled under 11 U.S.C. § 522(B) (listed in order

of highest priority to priority);

| Lien Holder | Collateral | Location | Book/Page | Amount Owed |
|---|---|---|---|---|
| FIA Card Services1 | See Footnote2 | 105 South Elmarch Cynthiana, Kentucky | Encumbrance Book 26, Page 552 Office of Harrison Co. Clerk | $14,145.07 |
| FIA Card Services | See Footnote1 | 105 South Elmarch Cynthiana, Kentucky | Encumbrance Book 26, Page 553 Office of Harrison Co. Clerk | $27,576.32 |
| | | | Total | $41,721.39 |

IT FURTHER APPEARING The debtor states the liens held by lien holders impair the Debtor's exemption in the Real Property as follows:

| A. Amount of Lien to be Avoided | $27,576.32 |
|---|---|
| B.  Amount of all other liens | $87,282.07[3] |
| C.  Value of claimed exemption | $16,863.00[4] |
| D. Total of line A, B, C | $145,866.46 |

---

1 Lien has been previously released.

2 BEGINNING corner of C. Lebus (now McLoney) in property line on west side of Elmarch Avenue, thence North with said Avenue, 59, feet, more or less, to center of cement walk and corner in line to H.H. Poindexter (now Watkins) thence with his line west and in center of said concrete walk, with alley, 59 feet to McLoney, thence west with his line, 154 feet to the beginning, and being the same property conveyed to Rick M. Lyons and Rachel S. Lyons by deed dated January 30, 2001 and recorded in Deed Book 245 Page 615 in the office of the Harrison County Clerk.

3  Mortgage Held by Central Bank
4  522(d) (1) exemption

| E. Value of Debtor's interest in property | $90,000.00 |
|---|---|
| F. Subtract Line E from Line D | $55,866.46 |
| G. Extent of impairment | Line F is greater than line A.  Entire Lien to be avoided. |

**IT FURTHER APPEARING** to the undersigned that the motion of the debtor(s) to avoid the non-possessory, non-purchase money security interest in real property of **FIA CARD SERVICES, NA** , upon entry of the Discharge Order in this case should be granted.

**IT IS THEREFORE SO ORDERED.**

1. The lien of **FIA CARD SERVICES, NA** of record in the office of the Harrison Co. Clerk in Encumbrance Book 26, Page 553 is AVOIDED.

2. That **FIA CARD SERVICES, NA** is directed to tender a release to the office of the Harrison Co. Clerk within 15 days of the entry of this order.

3. Unless the bankruptcy case is dismissed, the avoided lien will not survive the bankruptcy case or affix or remain enforceable against the debtor's interest in the property identified in the motion.

4. In the event such a release is not provided **FIA CARD SERVICES, NA**, Brian T. Canupp, counsel for the debtor is authorized to prepare a release and submit the same to the office of the Harrison County Clerk.

Pursuant to local rule 9022-1(c) Brian T. Canupp shall cause a copy of this order to be served on the parties listed below, the Chapter 7 trustee and shall file with the court a certificate of service of the order upon such party within fourteen days hereof.

Morgan & Pottinger, P.S.C
204 East Market Street
Louisivlle, KY 40202

FIA Card Services
4161 Piedmont Parkway
NC4 1 05 03 14
Greensboro, NC 27410

Bank of America
PO Box 17054
Wilmington, DE 19850

Katy Knox, President
Bank of America, NA
100 N Tyron St.
Charlotte, NC 28255

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, October 11, 2019
(tnw)