UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

RICK M. LYONS                                                                           CASE NO. 11-51322
RACHEL S. LYONS

DEBTORS

ORDER

This matter is before the Court on the Debtors' Motion to Avoid Judgment Lien of FIA Card Services, N.A. [ECF No. 50].  The Debtors seek to avoid a judicial lien that attaches to real property as impairing their exemption under 11 U.S.C. § 522(f).  The relief requested cannot be granted because the Motion is not properly served pursuant to Federal Rule of Bankruptcy Procedure 4003(d) and 7004(h).

Based on the foregoing, it is ORDERED the Debtors' Motion is DENIED without prejudice.

1

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, November 18, 2019**
(tnw)